1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR 15-0126 WHA

        Plaintiff,

  v.                                                    **NOTICE RE EXCLUSION OF TIME
                                                             UNDER SPEEDY TRIAL ACT**

VLADIMIR HANDL AND OTHERS,

        Defendants.

                              /

       In response to a previous order, the government and defendants Paul Fink, John

McGaha, Dominic Grissett, and Richard Bush, have filed a stipulation excluding time under the

Speedy Trial Act through May 9, 2016. Time has not been excluded past February 9, 2016,

however, for defendants Richard Leyland or Edwin Hetherton, who do not yet have a trial date.

By **NOON ON FEBRUARY 18, 2016**, the parties may file an appropriate stipulation excluding

time through May 9 or through a later date. If no stipulation is filed by February 18, then trial

will commence for defendants Leyland and Hetherton on **FEBRUARY 29, 2016**, notwithstanding

counsel's conflicts.

       **IT IS SO ORDERED.**

Dated: February 16, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE