BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 15-CR-0126-WHA |
| v. | |
| RICHARD LEYLAND and EDWIN HETHERTON, | STIPULATION AND [PROPOSED] ORDER |
| Defendants. | |

    The United States of America, by and through its counsel, W.S. Wilson Leung, Assistant United States Attorney, and defendants Richard Leyland, by and through his counsel Doron Weinberg, Esq., and Edwin Hetherton, by and through his counsel Gary Talesfore, Esq., stipulate and agree to the following:

    1.    Trial for the two defendants referenced above in the above-captioned matter is scheduled to commence sometime after the May 9, 2016 trial of defendants Paul Fink, John David McGaha, Dominic Grissett, and Richard Bush;

    2.    Between now and May 9, 2016, defense counsel will be continuing to prepare their respective cases as well as engaging with the Government regarding possible resolution

of this matter.

3. Accordingly, the parties stipulate that setting a status conference for May 31, 2016 for them would be appropriate, and the parties respectfully request a status conference on that date or a similar date after the May 9, 2016 of the other defendants that is amendable to the Court. The parties also stipulate that excluding time under the Speedy Trial Act through the date of the requested status conference would serve the interests of justice by ensuring the effective representation of counsel.

SO STIPULATED.

DATED: February 16, 2016         BRIAN J. STRETCH
                                 Acting United States Attorney

                                 ___/s/_____
                                 W.S. Wilson Leung
                                 Assistant United States Attorney

DATED: February 16, 2016

                                 ___/s/_____
                                 Doron Weinberg, Esq.
                                 Counsel for Richard Leyland

DATED: February 16, 2016

                                 ___/s/_____
                                 Gary Talesfore, Esq.
                                 Counsel for Edwin Hetherton

SO ORDERED. A status conference for Richard Leyland and Edwin Hetherton is hereby scheduled for May  31 , 2016 at  2  pm, and time under the Speedy Trial Act is excluded in the interests of justice through the date of this status conference.

DATED: February  17 , 2016

                                 _____
                                 HON. WILLIAM ALSUP
                                 United States District Judge